**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Gary M. Cooper v. Wyoming Cooper-Clifton

Appellate case number:   01-20-00476-CV

Trial court case number:  2017-62396

Trial court:                    164th District Court of Harris County

Date motion filed:          March 29, 2022

Party filing motion:        Appellant

The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is **denied**. Appellee's "Motion for Leave and Motion for Extension" is dismissed as **moot**.

Judge's signature: _____/s/ Julie Countiss_____
                          Acting for the En Banc Court*

*En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: ___April 26, 2022_____